UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CELSIUS NETWORK LLC | **ORDER** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br>                 Appellant,<br><br>-against-<br><br>CELSIUS SPV INVESTORS, LP, et al.,<br><br>                 Appellees. | Case No. 1:23-cv-02882 (JLR) |
| IMMANUEL J. HERRMANN and DANIEL A. FRISHBERG,<br><br>                 Appellants,<br><br>-against-<br><br>COMMUNITY FIRST PARTNERS, LLC and CELSIUS SPV INVESTORS, LP, et al.,<br><br>                 Appellees. | Case No. 1:23-cv-03144 (JLR) |

JENNIFER L. ROCHON, United States District Judge:

       The Court is in receipt of a motion from *pro se* appellants Immanuel J. Herrmann and Daniel A. Frishberg requesting certain relief in their bankruptcy appeal. *See* 23-cv-03144, ECF No. 7. The motion is unopposed. *See* 23-cv-03144, ECF No. 11. Accordingly, the Court orders the following:

       First, the Court exercises its discretion to consolidate the related bankruptcy appeals, Case No. 1:23-cv-03144 (JLR) with Case No. 1:23-cv-02882 (JLR). Unless otherwise ordered

by this Court, future filings in the consolidated case shall be filed and docketed only under docket number 23-cv-02882 (JLR).

IT IS HEREBY ORDERED that the actions shall be referred to collectively as *In re Celsius Network, LLC*, Case No. 1:23-cv-02882 (JLR).  Every pleading filed in the consolidated action under 23-cv-02882 (JLR) shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CELSIUS NETWORK LLC | Case No. 1:23-cv-02882 (JLR) |
|---|---|

The parties shall adhere to the following briefing schedule:

| | |
|---|---|
| **June 18, 2023** | *Pro Se* Appellants' Brief Due from Immanuel J. Herrmann and Daniel A. Frishberg |
| **July 18, 2023** | Appellees' Opposition Brief Due |
| **August 1, 2023** | *Pro Se* Appellants' Reply Brief Due |

IT IS FURTHER ORDERED that *pro se* Appellants' need not file an appendix, table of contents, or table of authorities with their briefs.  The Court also will permit *pro se* Appellants' to file all submissions electronically with their home mailing addresses and phone numbers redacted.  In order to be electronically served, *pro se* Appellants shall follow the instructions attached to this Order.

The Clerk of Court is respectfully directed to restrict the viewing of *pro se* Appellants' personal information, when received, to only the Court and parties, and not publish that information publicly.

Dated: June 12, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at [www.pacer.uscourts.gov](www.pacer.uscourts.gov) or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) ([www.pacer.uscourts.gov](www.pacer.uscourts.gov)) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____

Name (Last, First, MI)

_____

Address                    City                         State                    Zip Code

_____

Telephone Number                                        E-mail Address

_____

Date                                                    Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007