> The request is GRANTED. All deadlines affecting the Committee and Appellees are temporarily stayed pending the Bankruptcy Court's review of the settlement motion. This Order has no effect on the July 7th deadline, nor on any deadlines with respect to the Customer Appellants. In the July 7th Order, the parties shall address how the possible settlement would affect briefing in this action. IT IS HEREBY ORDERED that the parties shall update the Court as to the status of the settlement motion no later than **July 31, 2023.**
>
> Dated: June 28, 2023
>       New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

June 27, 2023

**VIA ECF**

Hon. Jennifer Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

*Re: In re Celsius Network LLC*, No. 23-CV-02882-JLR (S.D.N.Y.)

Dear Judge Rochon:

We submit this joint letter on behalf of Appellant the Official Committee of Unsecured Creditors (the "**Committee**") and the Appellees Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. to request that the Court stay all deadlines in this appeal applicable to the Committee and Appellees pending approval of a settlement among the parties.

On June 27, 2023, Celsius Network LLC and its debtor-affiliates (the "**Debtors**") filed a motion (the "**Settlement Motion**") in the Bankruptcy Court seeking approval of a settlement between the Debtors, the Committee, and Appellees. A copy of the settlement motion is attached hereto as **Exhibit A**. Pursuant to the proposed settlement, the Committee and the Appellees have agreed, upon Bankruptcy Court approval of the settlement, to stipulate to voluntarily dismiss this appeal with prejudice and to mutually release each other of all claims and causes of action related to the Debtors. The Bankruptcy Court will hold a hearing on the Settlement Motion on July 18, 2023.

Pending the Bankruptcy Court's review of the Settlement Motion, the Committee and the Appellees jointly request that this Court stay all deadlines applicable to the Committee and the Appellees in this appeal, including the Appellees' deadline to file their merits brief on July 10, 2023.

Finally, we are in receipt of the Court's order dated June 26, 2023, which directed the parties to file a joint letter by July 7, 2023, to advise the Court of their position regarding the consolidation of this appeal with a recently-filed appeal by customer appellants Immanuel Herrmann and Daniel Frishberg, and to propose a briefing schedule in this appeal. The parties are conferring on their response, including discussing the effect of the settlement on the issues raised by the Court's order, and will timely file a joint letter by July 7, 2023.

Thank you for your time and attention to this matter.

Hon. Jennifer Rochon
June 27, 2023

Respectfully submitted,

| THE COMMITTEE | SERIES B PREFERRED HOLDERS |
|---|---|
| White & Case LLP | Milbank LLP |
| | |
| */s/ Samuel P. Hershey* | */s/ Melanie Westover Yanez* |
| David M. Turetsky | Dennis F. Dunne |
| Samuel P. Hershey | Nelly Almeida |
| Joshua D. Weedman | 55 Hudson Yards |
| 1221 Avenue of the Americas | New York, NY 10001 |
| New York, New York 10020 | Telephone: (212) 530-5000 |
| Telephone: (212) 819-8200 | Facsimile: (212) 660-5219 |
| Facsimile: (212) 354-8113 | Email: ddunne@milbank.com |
| Email: david.turetsky@whitecase.com | nalmeida@milbank.com |
| sam.hershey@whitecase.com | |
| jweedman@whitecase.com | Andrew M. Leblanc |
| | Melanie Westover Yanez |
| Michael C. Andolina | 1850 K Street, NW, Suite 1100 |
| Gregory F. Pesce | Washington, DC 20006 |
| 111 South Wacker Drive, Suite 5100 | Telephone: (202) 835-7500 |
| Chicago, Illinois 60606 | Facsimile: (202) 263-7586 |
| Telephone: (312) 881-5400 | Email: aleblanc@milbank.com |
| Facsimile: (312) 881-5450 | mwyanez@milbank.com |
| Email: mandolina@whitecase.com | |
| gregory.pesce@whitecase.com | *Counsel to Appellees Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP* |
| Keith H. Wofford | |
| Southeast Financial Center, Suite 4900 | |
| 200 South Biscayne Blvd. | – and – |
| Miami, Florida 33131 | |
| Telephone: (305) 371-2700 | Jones Day |
| Facsimile: (305) 358-5744 | |
| Email: kwofford@whitecase.com | */s/ Joshua M. Mester* |
| | Joshua M. Mester (*pro hac vice* application forthcoming) |
| Aaron E. Colodny | 555 South Flower Street |
| 555 South Flower Street, Suite 2700 | Fiftieth Floor |
| Los Angeles, California 90071 | Los Angeles, CA 90071 |
| Telephone: (213) 620-7700 | Telephone: (213) 489-3939 |
| Facsimile: (213) 452-2329 | Facsimile: (213) 243-2539 |
| Email: aaron.colodny@whitecase.com | Email: jmester@jonesday.com |
| | |
| *Counsel to the Appellant Official Committee of Unsecured Creditors* | *Counsel to Appellee CDP Investissements Inc.* |

Hon. Jennifer Rochon
June 27, 2023

cc:    Immanuel J. Herrmann
*Pro Se Customer Appellant*

Daniel A. Frishberg
*Pro Se Customer Appellant*