Case No. 1:23-CV-02882-JLR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Celsius Network LLC, et al.,
*Debtors.*

Official Committee of Unsecured Creditors, et al.,
Appellants,
v.
Celsius SPV Investors, LP, et al.,
Appellees.

Appeal from the United States Bankruptcy Court
for the Southern District of New York
Bankr. Case No. 22-10964 (MG)

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF COMMITTEE APPEAL

July 26, 2023

This Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Bankruptcy Procedure 8023 is made by and among Appellant the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases of Celsius Network LLC and its affiliated debtors (collectively, the "**Debtors**") and Appellees Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. (collectively, the "**Series B Preferred Holders**" and, together with the Committee, the "**Parties**").

## RECITALS

WHEREAS, on March 17, 2023, the United States Bankruptcy Court for the Southern District of New York entered its *Order Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under the Terms of Use* [Bankr. Docket No. 2265][1] (the "**Customer Claims Order**").

WHEREAS, on March 31, 2023, the Committee filed a *Notice of Appeal* [Docket No. 1] from the Class Claim Order, initiating the appeal styled as *Official Committee of Unsecured Creditors v. Celsius SPV Investors, LP, et al.*, No. 23-CV-02882-JLR (S.D.N.Y.) (the "**Committee Appeal**").

WHEREAS, on June 27, 2023, the Debtors, the Committee, and the Series B Preferred Holders filed a joint motion in the Bankruptcy Court seeking approval of

---

[1] "Bankr. Docket No." refers to the docket in *In re Celsius Network LLC, et al.*, No. 22-10964 (Bankr. S.D.N.Y.). "Docket No." refers to the docket in this appeal.

a settlement between the Debtors, the Committee, and the Series B Preferred Holders (the "**Series B Settlement**"). *See* Docket No. 17, Ex. A. The Committee and the Series B Preferred Holders agreed, upon the Bankruptcy Court's approval of the Series B Settlement, to jointly stipulate for the dismissal of the Committee Appeal with prejudice.

WHEREAS, on July 24, 2023, the Bankruptcy Court entered its *Memorandum Opinion Approving the Settlement Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders* [Bankr. Docket No. 3074], which approved the Series B Settlement on the terms and conditions agreed to by the Debtors, the Committee, and the Series B Preferred Holders.

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into this Stipulation, the Parties stipulate and agree as follows:

## STIPULATION

1. Pursuant to the terms of the Series B Settlement, the Committee Appeal is dismissed with prejudice.

2. Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), each of the Parties shall bear its own fees and costs.

3. The entry of this Stipulation shall have no effect on the appeals initiated by Immanuel Herrmann and Daniel Frishberg (captioned with case numbers 23-CV-

03144-JLR and 23-CV-05770-JLR), which are consolidated with the Committee Appeal for administrative purposes as related appeals.

4.  This Stipulation may be executed in counterparts and signature pages exchanged by electronic means, and each counterpart shall be deemed to be an original, with all counterparts constituting the same Stipulation.

[*Signature pages follow.*]

SO STIPULATED:

Dated: July 26, 2023

| THE COMMITTEE | SERIES B PREFERRED HOLDERS |
|---|---|
| White & Case LLP | Milbank LLP |

*/s/ David M. Turetsky*

David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
         sam.hershey@whitecase.com
         jweedman@whitecase.com

Michael C. Andolina
Gregory F. Pesce
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
         gregory.pesce@whitecase.com

Keith H. Wofford
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

Aaron E. Colodny
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Appellant Official Committee of Unsecured Creditors*

*/s/ Melanie Westover Yanez*

Dennis F. Dunne
Nelly Almeida
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 660-5219
Email: ddunne@milbank.com
         nalmeida@milbank.com

Andrew M. Leblanc
Melanie Westover Yanez
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com
         mwyanez@milbank.com

*Counsel to Appellees Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP*

– and –

Jones Day

*/s/ Joshua M. Mester*

Joshua M. Mester (*pro hac vice* application pending)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: jmester@jonesday.com

*Counsel to Appellee CDP Investissements Inc.*

**SO ORDERED:**

Dated: _____, 2023
New York, New York

_____
THE HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE